DECIDED JULY 9, 1934.

*Paul H. Field,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.

### 24051. BURKES v. THE STATE.

BROYLES, C. J. The accused was convicted of possessing whisky. The evidence connecting him with that offense, while circumstantial, was sufficient, in connection with the direct evidence as to an incriminatory admission made by him, to authorize the verdict. The refusal to grant a new trial was not error.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED JULY 9, 1934.

*R. L. Addleton, Charles G. Bruce,* for plaintiff in error.
*Chester A. Byars, solicitor,* contra.